# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PRINCESS MARIA SPENCER, )
)
        Plaintiff, )
)
    v. )   Civil Action No.  23-0799 (UNA)
)
GREYHOUND BUS LINES, INC., )
)
        Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on review of this *pro se* plaintiff's application to proceed *in forma pauperis* and her civil complaint.

The Court has reviewed the plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than are applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

In conclusory fashion, plaintiff alleges she "was discriminated against, stalked, and [subjected to] hate crime while riding Greyhound buses and in Greyhound terminals." Compl. at

1

1.  For example, plaintiff alleges she "was almost attacked once" and was exposed to "persons playing the witchcraft/voodoo game[,]" *id.*, Ex. (ECF No. 1-1) at 2, while travelling on unspecified dates through multiple states, *see id.*, Ex. at 3.  She also alleges that she was overcharged.  *See id.*  Plaintiff demands "restitution for and/or pain and suffering in the amount of 17 trillion dollars[.]"  Compl. at 1.

As drafted, the complaint fails to meet the minimal pleading standard set forth in Rule 8. The complaint does not state a basis for this Court's jurisdiction and a cogent statement of an actual legal claim.  So few facts are alleged that no defendant reasonably could be expected to prepare a proper response to the complaint.

The Court will grant the plaintiff's application to proceed *in forma pauperis* (ECF No. 2) and will dismiss the complaint and this civil action without prejudice.  An Order consistent with this Memorandum Opinion is issued separately.


DATE: May 9, 2023                                     /s/
                                                      JIA M. COBB
                                                      United States District Judge

2